



FILED
3/18/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AW

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Antwon Walls | ) | |
| | ) | |
| v. | ) | Case No: 25-cv-13276 |
| | ) | |
| Glass Mountain Capital LLC | ) | |

## <u>DECLARATION OF ANTWON WALLS</u>

Under 28 U.S.C. § 1746, I, Antwon Walls, declare under penalty of perjury that the following is true and correct:

1. I am the Plaintiff in this action. Defendant has not contacted me regarded this lawsuit and has not appeared in this case.

2. As a result of Defendant's conduct, I have experienced damages.

3. I am submitting documentation supporting my claims, including voicemail records, text messages, and related communications.

4. True and correct copies of these materials are attached as exhibits.

5. I received a text message on July 16, 2024 from 630-278-3440 stating: "This is Glass Mountain Capital LLC.  We are trying to reach you. We can be reached at 855-674-0781. Please click  https://www.glassmountaincapital.com/pay-my-bill.html  for further information. Text STOP to opt out of future messages." I also received calls on February 1, 2024 and February 9, 2024 from numbers associated with the 501 area code. Based on these communications, Plaintiff reasonably identifies Glass Mountain Capital LLC as the source of these calls and text messages.

   a. These communications demonstrate the TCPA violations and the resulting harm to Plaintiff.

6. Defendant used a misleading, out-of-state 501 area code to influence a fake urgency and nature of the call, despite the collector being located in Schaumburg, IL. My personal number starts with 501